*TERRY A. DAKE, LTD.*
P.O. Box 26945
Phoenix, Arizona 85068-6945
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| JOHN MARTIN SCHOTTS; ) | Case No. 0:21-BK-01283-PS |
| ) | |
| Debtor. ) | |
| ) | |

**APPLICATION FOR AUTHORITY**
**TO RETAIN REALTOR**

The trustee moves this Court for the entry of an order authorizing the retention of Century 21 HomeStar ("C21") and BK Global Real Estate Services ("BKG") as realtors for the estate, stating as follows:

1. The debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. During the course of this case, the trustee will require the assistance of realtors to list and sell the real property of the estate commonly known as 707 Lynwood Dr., Minerva, OH.

3. C21 and BKG are licenses realtors and are qualified to provide such assistance to the trustee in this case. The trustee, therefore, wishes to retain C21 and BKG as realtor for the estate in this case.

4. As evidenced by the declaration filed herewith, C21 and BKG neither has nor represents an interest adverse to the debtor nor the trustee herein.

5. The fees of C21 and BKG will not exceed six percent (6%) of the agreed upon sales price of the property.

**WHEREFORE,** the Trustee requests this Court enter an order authorizing the trustee to retain C21 and BKG as realtors for the benefit of the estate.

DATED August 19, 2021.

*TERRY A. DAKE, LTD.*

By  /s/ TD009656
  Terry A. Dake
  P.O. Box 26945
  Phoenix, Arizona  85068-6945
  Attorney for Trustee

2